DAVID H. KRAMER, State Bar No. 168452
JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
dkramer@wsgr.com
jslafsky@wsgr.com
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiff
Positive Ions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POSITIVE IONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAXSON COMMUNICATIONS CORP. d.b.a. ION MEDIA NETWORKS, a Delaware corporation, <br><br> Defendant. | CASE NO.: 06-cv-02259 MPH <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Positive Ions, Inc. ("Positive Ions") hereby voluntarily dismisses its complaint against Paxson Communications Corp. d.b.a. Ion Media Networks ("Paxson").  To date, Paxson has not served an answer on Positive Ions.  Accordingly, such action may be dismissed without an order of court.

Positive Ions hereby voluntarily dismisses its complaint and this cause of action without prejudice.

///

///

///

NOTICE OF VOLUNTARY DISMISSAL           -1-                                         2905659_1.DOC

1    Dated this 7th day of July 2006.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/John L. Slafsky
     David H. Kramer
     John L. Slafsky

Attorneys for Plaintiff Positive Ions, Inc.

July 10, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel